# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

TYRICE RUSSELL,

        Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada. LVMPD Officers J. Iszkiewicz (P#15739), LVMPD Officer A. McFarland (P#15726), LVMPD Officer M. Amburgey (P#14869), LVMPD Sergeant Darren Schwartz (P#6434), LVMPD OfFicer Thomas Albright, LVMPD Officer E. Radich (P#14736), LVMPD Officer Robert Winthrop (P#15775), LVMPD Officer A. Farina (P#15766), LVMPD Sergeant David Rose, and DOE Officers I - XX, and ROE CORPORATIONS I through XX,

        Defendant.

2:19-cv-02104-RFB-VCF

**MINUTE ORDER**

Before the Court is LVMPD's Motion to Compel (ECF No. 17).

Accordingly,

IT IS HEREBY ORDERED that a hearing on LVMPD's Motion to Compel (ECF No. 17) is scheduled for 2:00 PM, October 14, 2020, in Courtroom 3D, located at the United States District Court, Lloyd D. George Federal Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiff Tyrice Russell must appear in person at this hearing.

DATED this 24th day of September, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE